Case 5:00-cv-00134 Document 56 Filed 06/29/01 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
FILED

JUN 29 2001

Michael N. Milby, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL - 2 2001

Michael N. Milby, Clerk
Laredo Division

JOHN NOLEN, individually and on behalf of all persons similarly situated, §
§
Plaintiff, §
v. §
§
NUCENTRIX BROADBAND NETWORKS INC, a/k/a Heartland Wireless Communications Inc; NUCENTRIX TELECOM; HEARTLAND CABLE TELEVISION; NUCENTRIX BROADBAND NETWORKS; NUCENTRIX INTERNET SERVICES; NUCENTRIX SPECTRUM; NUCENTRIX TELEPHONY; CYBERWAVE HEARTNET; CLEAR CHOICE TV; NUCENTRIX INTERNET SERVICES INC; HEARTLAND CABLE TELEVISION INC; NUCENTRIX SPECTRUM RESOURCES INC; WIRELESS ONE INC; CS WIRELESS SYSTEMS INC; CAI WIRELESS SYSTEMS INC; UNIDENTIFIED PARTIES 1-34; STEPHEN FEINBURG; CERBERUS PARTNERS LP; CERBERUS INT'L LTD; CERBERUS INSTITUTIONAL PARTNERS LP, its joint ventures and alliance members; DIRECTV INC; HUGHES ELECTRONICS CORP; GM CORP; CISCO SYSTEMS INC; CROSS COUNTY WIRELESS INC; RURAL VISION JOINT VENTURE, its officers and directors; CARROLL D. MCHENRY; MARJEAN HENDERSON; AMY E. IVANHOFF; RICHARD B. GOLD; TERRY S. PARKER; NEIL S. SUBIN; R. TED WESCHLER; ROBERT S. CECIL; JACK R. CROSLY; J. R. HOLLAND, JR.; JOHN A. SPRAGUE; L. ALLEN WHEELER; ISP ALLIANCE INC SBA TOWERS INC; WIRELESS ENTERPRISES LLC; PEOPLE'S CHOICE TV CORP, §
§
Defendants. §

Civil Action No. V - 00 - 134

56

# ORDER

Before the Court is Plaintiffs' Motion to Alter or Amend the Order of Dismissal entered on June 14, 2001. Because Plaintiff has failed to demonstrate that the Court committed clear legal error, the Motion is DENIED.

IT IS SO ORDERED.

SIGNED this 27 day of June, 2001.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**To insure full notice, each party who receives this notice shall forward a copy of it to every other party and affected non-party even though they may have been sent one by the Court.**

ClibPDF - www.fastio.com