ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

JUL 13 2001

Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| **JOHN NOLEN,** *individually and on behalf of all persons similarly situated,* **Plaintiff,** | § § § § § § | **CIVIL ACTION NO. L-00-CV-134** |
| **VS.** | § § | |
| **NUCENTRIX BROADBAND NETWORKS, INC.,** *et al.* **(specified below), Defendants.** | § § § § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF APPEAL

**To the Honorable Clerk of the Court:**

NOTICE is hereby given that Plaintiff John Nolen, individually and on behalf of all persons similarly situated ("Nolen"), that he hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of Dismissal (Docket No. 50) entered in this case on June 14, 2001. Plaintiff hereby tenders one original and one copy of this notice for the Court's files, as well as seven (7) copies of this notice to serve upon the seven law firms representing the Defendants, so you can serve copies of the notice on all parties and counsel.

Plaintiff also forwards his attorney's check in the amount of $105.00 to cover the Fifth Circuit Docketing Fee and the District Court Filing Fee pursuant to FED. R. APP. P. 3(e)

57

ClibPDF - www.fastio.com

and 5TH CIR. R. 3.

This Notice of Appeal refers to Plaintiff's claims against all named Defendants, that is, to all of the parties listed on the District Court's Order of Dismissal and reprinted below:

A. Nucentrix Broadband Networks, Inc., a/k/a Heartland Wireless Communications, Inc., its marks and assumed names

B. Nucentrix Telecom;

C. Heartland Cable Television, Inc.;

D. Nucentrix Broadband Networks;

E. Nucentrix Internet Services, Inc. a/k/a Nucentrix Internet Services;

F. Nucentrix Spectrum;

G. Nucentrix Telephony;

H. Cyberwaves Heartnet;

I. Clear Choice TV, and its subsidiaries

J. Heartland Cable Television, Inc.;

K. Nucentrix Spectrum Resources, Inc.;

L. Wireless One Inc.;

M. CS Wireless Systems, Inc.;

N. CAI Wireless Systems, Inc.;

O. Unidentified Parties 1-34;

P. Nucentrix Broadband Networks, Inc.'s owners, that is, Stephen Feinburg;

Q. Cerberus Partners L.P.;



ClibPDF - www.fastio.com

R. Cerberus Int'l Ltd.;

S. Cerberus Institutional Partners, L.P., its joint ventures and alliance members;

T. DIRECTV, INC.;

U. Hughes Electronics Corp.;

V. GM Corp.;

W. Cisco Systems Inc.;

X. Cross County Wireless, Inc.;

Y. Rural Vision Joint Venture, its officers and directors;

Z. Carroll D. McHenry;

AA. Marjean Henderson;

BB. Amy E. Ivanoff;

CC. Richard B. Gold;

DD. Terry S. Parker;

EE. Neil S. Subin;

FF. R. Ted Weschler;

GG. Robert S. Cecil;

HH. Jack R. Crosly;

II. J.R. Holland, Jr.;

JJ. John A. Sprague;

KK. L. Allen Wheeler;

LL. ISP Alliance, Inc.;



ClibPDF - www.fastio.com

MM. SBA Towers, Inc.;

NN. Wireless Enterprises, L.L.C.; and

OO. People's Choice TV Corp.

**Respectfully submitted,**

Bryan Powers by David Furlow with permission

**BRYAN POWERS**
ATTORNEY-IN-CHARGE FOR PLAINTIFF
**LAW OFFICES OF BRYAN A. POWERS**
Texas Bar No. 16215700
Southern District Bar No. 2439
4748A FM 624
Robstown, TX 78380
Telephone: (361) 767-9970
Telefax: (361) 767-9971

David Furlow

**David A. Furlow**
State Bar No. 07555580
600 Jefferson, Suite 800
Houston, Texas 77002
Telephone: (713) 659-8697
Facsimile: (713) 659-3020

**Attorneys for Plaintiff, John Nolen, individually and on behalf of all persons similarly situated.**

**OF COUNSEL:**

**MORRIS & CAMPBELL**
**A Professional Corporation**
600 Jefferson, Suite 1617
Houston, Texas 77002



ClibPDF - www.fastio.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this PLAINTIFF'S NOTICE OF APPEAL was served on the following persons by certified mail, postage prepaid, return receipt requested, as indicated below, in accordance with FED. R. CIV. P. 5(b) on July 12, 2001:

Jeffrey R. Bragalone
300 Crescent Court, Suite 1500
Dallas, TX 75201

Mike Mills
P.O. Drawer 3725, 818 Pecan
McAllen, TX 78502

John C. Eichman
1445 Ross Ave., Suite 3200
Dallas, TX 75202

Patricia O'Connell Alvarez
415 Shiloh Drive
Laredo, TX 78045

John A. Kazen
P.O. Box 6237
Laredo, TX 78042

Barry C. Barnett
901 Main Street, Suite 4100
Dallas, TX 75202-3775

William B. Dawson
2001 Ross Ave.,
3700 Trammell Crow Center
Dallas, Texas 75201

David A. Furlow



ClibPDF - www.fastio.com