# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**


November 12, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Laredo
United States District Court
1300 Matamoros Street
Room 319
Laredo, TX 78042

United States District Court
Southern District of Texas
FILED
NOV 1 9 2001
Michael N. Milby, Clerk
Laredo Division

No. 01-40808 Nolen v. Nucentrix Broadband
USDC No. L-00-CV-134

Enclosed is a certified copy of the judgment issued as the mandate as to the appeal against appellee SBA Towers Inc.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: ______________________
Peter Conners, Deputy Clerk
504-589-6514 ITCM # 172

/pac
cc: w/encl:
Mr David Allen Furlow
Mr Jeffrey R Bragalone
Mr John Charles Eichman
Mr Lawrence M Rolnick
Mr William Michael Mills
Mr Brant Mitchell Laue
Mr John Stuart Tonkinson

MDT-1

P.S. to all counsel: Attached is a copy of the updated case caption for your use on all furture filings with this court.

No. 01-40808

JOHN NOLEN, Individually and on behalf of all persons similarly situated

Plaintiff - Appellant

v.

NUCENTRIX BROADBAND NETWORKS INC, also known as Heartland Wireless Communications, Inc; Et Al

Defendants

NUCENTRIX BROADBAND NETWORKS INC, also known as Heartland Wireless Communications, Inc; NUCENTRIX TELECOM; HEARTLAND CABLE TELEVISION; NUCENTRIX BROADBAND NETWORKS; NUCENTRIX INTERNET SERVICES; NUCENTRIX SPECTRUM; NUCENTRIX TELEPHONY; CYBERWAVE HEARTNET; CLEAR CHOICE TV; NUCENTRIX INTERNET SERVICES INC; HEARTLAND CABLE TELEVISION INC; SPECTRUM RESOURCES INC; WIRELESS ONE INC; CS WIRELESS SYSTEMS INC; CAI WIRELESS SYSTEMS INC; UNIDENTIFIED PARTIES, 1-34; STEPHEN FEINBURG; CERBERUS PARTNERS LP; CERBERUS INTERNATIONAL LTD; CERBERUS INSTITUTIONAL PARTNERS LP, its joint ventures and alliance members; DIRECTV INC; HUGHES ELECTRONICS CORPORATION; GENERAL MOTORS CORPORATION; CROSS COUNTRY WIRELESS INC; RURAL VISION JOINT VENTURE, its officers and directors; CARROLL D MCHENRY; MARJEAN HENDERSON; AMY E IVANOFF; RICHARD B GOLD; TERRY S PARKER; NEIL S SUBIN; R TED WESCHLER; ROBERT S CECIL; JACK R CROSLY; J R HOLLAND, JR; JOHN A SPRAGUE; L ALLEN WHEELER; ISP ALLIANCE INC; SBA TOWERS INC; WIRELESS ENTERPRISES LLC; PEOPLES CHOICE TV CORP

Defendants - Appellees

ENTRY OF DISMISSAL

Pursuant to appellant's unopposed motion the appeal as to appellee, SBA Towers Inc, is dismissed this 12th day of November, 2001, see FED. R. APP. P.42(b).

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By [signature]
Deputy
NOV 1 2 2001
New Orleans, Louisiana

CHARLES R. FULBRUGE III
Clerk of the United States Court of Appeals for the Fifth Circuit

By: [signature]
Peter Conners, Deputy Clerk

FOR THE COURT - BY DIRECTION

60

NO. 01-40808

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

JOHN NOLEN, individually and on behalf of
all persons similarly situated,
Appellant

U.S. COURT OF AP EALS
FILE[D]
NOV 9 200
CHARLES R. FULBRU E III
( ERK

vs.

NUCENTRIX BROADBAND NETWORKS, INC.,
also known as Heartland Wireless Communications, Inc.;
NUCENTRIX TELECOM;
HEARTLAND CABLE TELEVISION;
NUCENTRIX BROADBAND NETWORKS;
NUCENTRIX INTERNET SERVICES;
NUCENTRIX SPECTRUM;
NUCENTRIX TELEPHONE;
CYBERWAVE HEARTNET;
CLEAR CHOICE TV;
NUCENTRIX INTERNET SERVICES, INC.;
HEARTLAND CABLE TELEVISION, INC.;
SPECTRUM RESOURCES, INC.;
WIRELESS ONE, INC.;
CS WIRELESS SYSTEMS, INC.;
CAI WIRELESS SYSTEMS, INC.;
UNIDENTIFIED PARTIES, 1-34; STEPHEN FEINBURG;
CERBERUS PARTNERS, L.P.; CERBERUS
INTERNATIONAL, LTD.; CERBERUS INSTITUTIONAL
PARTNERS, L.P., its joint ventures and alliance members;
DIRECTV, INC.;

**HUGHES ELECTRONICS CORPORATION; GENERAL MOTORS CORPORATION;
CROSS-COUNTRY WIRELESS, INC.;
RURAL VISION JOINT VENTURE, its officers and directors;
CARROLL D. MCHENRY;
MARJEAN HENDERSON; AMY E. IVANOFF; RICHARD B. GOLD; TERRY S. PARKER; NEIL S. SUBIN;
R. TED WESCHLER; ROBERT S. CECIL;
JACK R. CROSLY; J. R. HOLLAND, JR.;
JOHN A. SPRAGUE; L. ALLEN WHEELER;
ISP ALLIANCE, INC.;
SBA TOWERS, INC.;
WIRELESS ENTERPRISES, L.L.C.;
PEOPLES CHOICE TV CORP.,**
**Appellees**

---

# APPELLANT JOHN NOLEN'S UNOPPOSED MOTION TO DISMISS APPEAL AS TO SBA TOWERS, INC. (ONLY)

---

File-served November 7, 2001

**Bryan Powers**
**4748A FM 624**
**Robstown, Texas 78380**
**(361) 767-9970**
**Facsimile: (361) 767-9971**

**David A. Furlow**
**Tex. Bar No. 07555580**
**MORRIS & CAMPBELL,**
**A PROFESSIONAL CORPORATION**
**600 Jefferson, Suite 800**
**Houston, Texas 77002**
**Telephone: (713) 659-8697**
**Facsimile: (713) 659-3020**

**COUNSEL FOR APPELLANT JOHN NOLEN AND ALL SIMILARLY SITUATED APPELLANTS**

TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Appellant John Nolen, individually and on behalf of all persons similarly situated ("Nolen"), respectfully shows the following:

## RELIEF REQUESTED

As authorized under FED. R. APP. P. 42(b) and 5th CIR. L. R. 42.1, Appellant Nolen seeks this Court's leave to dismiss one part of his pending appeal of the United States District Court's dismissal with prejudice of Nolen's claims in the District Court, namely, Nolen voluntarily dismisses his appeal of the District Court's dismissal of his claims against SBA Towers, Inc. ("SBA"). Appellant Nolen files this motion to simplify and narrow the issues on appeal. There are no fees to pay or costs to allocate, for Appellant Nolen has paid all fees and costs of this appeal to date.

## NON-OPPOSITION FROM SBA TOWERS, INC.

When the undersigned counsel David A. Furlow advised SBA's counsel Stuart Tonkinson of Vinson & Elkins on November 7, 2001 that Nolen intended to file a motion to dismiss Nolen's appeal as to SBA, SBA's counsel stated that SBA is *unopposed* to Nolen's motion.

Filed by mail November 7, 2001

Respectfully submitted,

**MORRIS & CAMPBELL**
**A Professional Corporation**

**David A. Furlow**
Tex. Bar No. 07556580
**MORRIS & CAMPBELL,**
**A PROFESSIONAL CORPORATION**
600 Jefferson, Suite 800
Houston, Texas 77002
Telephone: (713) 659-8697
Facsimile: (713) 659-3020

**ATTORNEYS FOR APPELLANT JOHN NOLEN, INDIVIDUALLY, AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED**

**Of Counsel:**

**Bryan Powers**
4748A FM 624
Robstown, Texas 78380
(361) 767-9970
Facsimile: (361) 767-9971

## CERTIFICATE OF CONFERENCE WITH OPPOSING COUNSEL

I hereby certify that I conferred with opposing counsel Stuart Tonkinson of Vinson & Elkins – counsel for SBA Towers, Inc. – on November 7, 2001, and that she stated that SBA Towers, Inc. is unopposed to this Appellant John Nolen's motion to dismiss his appeal as to SBA Towers, Inc. only.

David A. Furlow

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this **APPELLANT JOHN NOLEN'S UNOPPOSED MOTION TO DISMISS APPEAL AS TO SBA TOWERS, INC. (ONLY)** was served on the following persons in the manner indicated below, via U.S. mail, postage prepaid, as addressed below, in accordance with FED. R. CIV. P. 5(b), on November 7, 2001:

1. **Counsel for HUGHES ELECTRONICS CORPORATION, DIRECTV, INC., and GENERAL MOTORS CORPORATION:**

   Mike Mills
   Sophia A. Ramon
   ATLAS & HALL, L.L.P.
   P.O. Drawer 3725
   818 Pecan
   McAllen, Texas 78502.

2. **Counsel for WIRELESS ONE, INC., CS WIRELESS SYSTEMS, INC., CAI WIRELESS SYSTEMS, INC., CROSS COUNTRY WIRELESS, INC. and WIRELESS ENTERPRISES, L.L.C.:**

   Jeffrey L. Crouch
   John Eichman
   JENKENS & GILCHRIST, A PROFESSIONAL CORPORATION
   1445 Ross, Suite 3200
   Dallas, Texas 75202-2799

   Edward F. Valdespino
   JENKENS & GILCHRIST, A PROFESSIONAL CORPORATION
   1400 Frost Bank Tower
   100 West Houston Street
   San Antonio, Texas 75202-3775.

**3. Counsel for NUCENTRIX BROADBAND NETWORKS, INC. a/k/a HEARTLAND WIRELESS COMMUNICATIONS, INC., NUCENTRIX TELECOM. HEARTLAND CABLE TELEVISION, INC., NUCENTRIX INTERNET SERVICES, NUCENTRIX SPECTRUM, NUCENTRIX TELEPHONE and their subsidiaries and affiliates:**

Jeffrey R. Bragalone
Lew LeClair
Brent N. Baumgardner
MCKOOL, SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Donato Ramos
Martha Cigarroa de Llano
PERSON, WHITWORTH, RAMOS, BORCHERS & MORALES, L.L.P.
602 East Carlton Road
P.O. Drawer 6668
Laredo, Texas 78042-3693

**4. Counsel for SBA TOWERS, INC.:**

William B. Dawson
Stuart Tonkinson
VINSON & ELKINS, L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Via Fax: (214) 999-7952

**5. Counsel for PEOPLES CHOICE TV CORP.:**

Brant M. Laue
ARMSTRONG TEASDALE, L.L.P.
2345 Grand Blvd., Suite 2000
Kansas City, Missouri 64108-2617

Mark W. McGrory
SPRINT LAW DEPARTMENT
8140 Ward Parkway
Kansas City, Missouri 64114.

**6. Counsel for CERBERUS PARTNERS, L.P., CERBERUS PARTNERS, L.P., CERBERUS INTERNATIONAL, LTD., CERBERUS INSTITUTIONAL PARTNERS, L.P. and STEPHEN FEINBERG:**

John A. Kazen
KAZEN, MEUER & PEREZ
1619 Matamoros St.
P.O. Box 6237
Laredo, Texas 78042.

Lawrence M. Rolnick
A. Matthew Boxer
LOWENSTEIN SANDLER, P.C.
65 Livingston Avenue
Roseland, New Jersey 07068

**David A. Furlow**

01-40808

Mr Michael N Milby, Clerk
Southern District of Texas, Laredo
United States District Court
1300 Matamoros Street
Room 319
Laredo, TX 78042

-------------

United States District Court
Southern District of Texas
RECEIVED
MMM
NOV 19 2001

Michael N. Milby, Clerk
Laredo Division

--------------