# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130


November 27, 2001

United States District Court
Southern District of Texas
RECEIVED
DEC - 5 2001
Michael N. Milby, Clerk
Laredo Division
RR

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 01-40808 Nolen v. Nucentrix Broadband
USDC No. L-00-CV-134

Enclosed is an order entered in this case.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: [signature]
Tabitha Casimier Tobias, Deputy Clerk
504-589-6514 ITCM # 134

/tdc
Mr David Allen Furlow
Mr John Charles Eichman
Mr Lawrence M Rolnick
Mr William Michael Mills
Ms Sofia Amabel Ramon
Mr William M Mills
Mr Michael N Milby, Clerk

MOT-2

P.S. to Counsel: The appeal remains open to all pending appellees. Enclosed is the revised caption of the appeal which is to be used in all future filings.

61

Case No. 01-40808

JOHN NOLEN, Individually and on behalf of all persons similarly situated

Plaintiff - Appellant

v.

NUCENTRIX BROADBAND NETWORKS INC, also known as Heartland Wireless Communications, Inc; Et Al

Defendants

NUCENTRIX BROADBAND NETWORKS INC, also known as Heartland Wireless Communications, Inc; NUCENTRIX TELECOM; HEARTLAND CABLE TELEVISION; NUCENTRIX BROADBAND NETWORKS; NUCENTRIX INTERNET SERVICES; NUCENTRIX SPECTRUM; NUCENTRIX TELEPHONY; CYBERWAVE HEARTNET; CLEAR CHOICE TV; NUCENTRIX INTERNET SERVICES INC; HEARTLAND CABLE TELEVISION INC; SPECTRUM RESOURCES INC; WIRELESS ONE INC; CS WIRELESS SYSTEMS INC; CAI WIRELESS SYSTEMS INC; UNIDENTIFIED PARTIES, 1-34; STEPHEN FEINBURG; CERBERUS PARTNERS LP; CERBERUS INTERNATIONAL LTD; CERBERUS INSTITUTIONAL PARTNERS LP, its joint ventures and alliance members; DIRECTV INC; HUGHES ELECTRONICS CORPORATION; CROSS COUNTRY WIRELESS INC; RURAL VISION JOINT VENTURE, its officers and directors; CARROLL D MCHENRY; MARJEAN HENDERSON; AMY E IVANOFF; RICHARD B GOLD; TERRY S PARKER; NEIL S SUBIN; R TED WESCHLER; ROBERT S CECIL; JACK R CROSLY; J R HOLLAND, JR; JOHN A SPRAGUE; L ALLEN WHEELER; ISP ALLIANCE INC; WIRELESS ENTERPRISES LLC; PEOPLES CHOICE TV CORP

Defendants - Appellees

---

No. 01-40808

---

U.S. COURT OF APPEALS
FILED
NOV 27 2001
CHARLES R. FULBRUGE III
CLERK

JOHN NOLEN, Individually and on behalf of all persons similarly situated

Plaintiff - Appellant

v.

NUCENTRIX BROADBAND NETWORKS INC, also known as Heartland Wireless Communications, Inc; Et Al

Defendants

NUCENTRIX BROADBAND NETWORKS INC, also known as Heartland Wireless Communications, Inc; NUCENTRIX TELECOM; HEARTLAND CABLE TELEVISION; NUCENTRIX BROADBAND NETWORKS; NUCENTRIX INTERNET SERVICES; NUCENTRIX SPECTRUM; NUCENTRIX TELEPHONY; CYBERWAVE HEARTNET; CLEAR CHOICE TV; NUCENTRIX INTERNET SERVICES INC; HEARTLAND CABLE TELEVISION INC; SPECTRUM RESOURCES INC; WIRELESS ONE INC; CS WIRELESS SYSTEMS INC; CAI WIRELESS SYSTEMS INC; UNIDENTIFIED PARTIES, 1-34; STEPHEN FEINBURG; CERBERUS PARTNERS LP; CERBERUS INTERNATIONAL LTD; CERBERUS INSTITUTIONAL PARTNERS LP, its joint ventures and alliance members; DIRECTV INC; HUGHES ELECTRONICS CORPORATION; GENERAL MOTORS CORPORATION; CROSS COUNTRY WIRELESS INC; RURAL VISION JOINT VENTURE, its officers and directors; CARROLL D MCHENRY; MARJEAN HENDERSON; AMY E IVANOFF; RICHARD B GOLD; TERRY S PARKER; NEIL S SUBIN; R TED WESCHLER; ROBERT S CECIL; JACK R CROSLY; J R HOLLAND, JR; JOHN A SPRAGUE; L ALLEN WHEELER; ISP ALLIANCE INC; WIRELESS ENTERPRISES LLC; PEOPLES CHOICE TV CORP

Defendants - Appellees

ENTRY OF DISMISSAL

Pursuant to appellant's unopposed motion this appeal is dismissed as to Appellee General Motors Corproation this 27th day of November, 2001, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court of Appeals for the Fifth Circuit

By: [signature]
Tabitha Casimier/Tobias, Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By [signature]
Deputy
New Orleans, Louisiana
11/27/01

NO. 01-40808

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
NOV 2 3 2001
CHARLES R. FULBRUGE III
CLERK

---

JOHN NOLEN, individually and on behalf of
all persons similarly situated,
Appellant

vs.

NUCENTRIX BROADBAND NETWORKS, INC.,
also known as Heartland Wireless Communications, Inc.;
NUCENTRIX TELECOM;
HEARTLAND CABLE TELEVISION;
NUCENTRIX BROADBAND NETWORKS;
NUCENTRIX INTERNET SERVICES;
NUCENTRIX SPECTRUM;
NUCENTRIX TELEPHONE;
CYBERWAVE HEARTNET;
CLEAR CHOICE TV;
NUCENTRIX INTERNET SERVICES, INC.;
HEARTLAND CABLE TELEVISION, INC.;
SPECTRUM RESOURCES, INC.;
WIRELESS ONE, INC.;
CS WIRELESS SYSTEMS, INC.;
CAI WIRELESS SYSTEMS, INC.;
UNIDENTIFIED PARTIES, 1-34; STEPHEN FEINBURG;
CERBERUS PARTNERS, L.P.; CERBERUS
INTERNATIONAL, LTD.; CERBERUS INSTITUTIONAL
PARTNERS, L.P., its joint ventures and alliance members;
DIRECTV, INC.;

HUGHES ELECTRONICS CORPORATION; GENERAL MOTORS CORPORATION;
CROSS-COUNTRY WIRELESS, INC.;
RURAL VISION JOINT VENTURE, its officers and directors;
CARROLL D. MCHENRY;
MARJEAN HENDERSON; AMY E. IVANOFF; RICHARD B. GOLD; TERRY S. PARKER; NEIL S. SUBIN;
R. TED WESCHLER; ROBERT S. CECIL;
JACK R. CROSLY; J. R. HOLLAND, JR.;
JOHN A. SPRAGUE; L. ALLEN WHEELER;
ISP ALLIANCE, INC.;
WIRELESS ENTERPRISES, L.L.C.;
PEOPLES CHOICE TV CORP.,
Appellees

---

# APPELLANT JOHN NOLEN'S UNOPPOSED MOTION TO DISMISS APPEAL AS TO GENERAL MOTORS CORPORATION

---

File-served November 20, 2001

Bryan Powers
4748A FM 624
Robstown, Texas 78380
(361) 767-9970
Facsimile: (361) 767-9971

David A. Furlow
Tex. Bar No. 07555580
MORRIS & CAMPBELL,
A PROFESSIONAL CORPORATION
600 Jefferson, Suite 800
Houston, Texas 77002
Telephone: (713) 659-8697
Facsimile: (713) 659-3020

COUNSEL FOR APPELLANT JOHN NOLEN AND ALL SIMILARLY SITUATED APPELLANTS

TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Appellant John Nolen, individually and on behalf of all persons similarly situated ("Nolen"), respectfully shows the following:

## RELIEF REQUESTED

As authorized under FED. R. APP. P. 42(b) and 5th CIR. L. R. 42.1, Appellant Nolen seeks this Court's leave to dismiss one part of his pending appeal of the United States District Court's dismissal with prejudice of Nolen's claims in the District Court. Specifically, Nolen voluntarily dismisses his appeal of the District Court's dismissal of his claims against General Motors Corporation. ("GM"). Appellant Nolen files this motion to simplify and narrow the issues on appeal. There are no fees to pay or costs to allocate, for Appellant Nolen has paid all fees and costs of this appeal to date.

## NON-OPPOSITION FROM GENERAL MOTORS CORPORATION

The undersigned counsel David A. Furlow advised GM's counsel Sophia A. Ramon of Atlas & Hall on November 15, 2001 that Nolen intended to file a motion to dismiss Nolen's appeal as to GM. GM's counsel Sophia Ramon called back the next to day to state that GM is *unopposed* to this, Nolen's motion to dismiss his appeal as to GM (only).

Filed by mail November 20, 2001

Respectfully submitted,

**MORRIS & CAMPBELL**
**A Professional Corporation**

**David A. Furlow**
Tex. Bar No. 07555580
MORRIS & CAMPBELL,
A PROFESSIONAL CORPORATION
600 Jefferson, Suite 800
Houston, Texas 77002
Telephone: (713) 659-8697
Facsimile: (713) 659-3020

ATTORNEYS FOR APPELLANT
JOHN NOLEN, INDIVIDUALLY,
AND ON BEHALF OF ALL PERSONS
SIMILARLY SITUATED

**Of Counsel:**

**Bryan Powers**
4748A FM 624
Robstown, Texas 78380
(361) 767-9970
Facsimile: (361) 767-9971

## CERTIFICATE OF CONFERENCE WITH OPPOSING COUNSEL

I hereby certify that I conferred with opposing counsel Sophia Ramon of Atlas & Hall – counsel for General Motors Corporation – on November 15 and 16, 2001, and that she stated that GM is unopposed to this Appellant John Nolen's motion to dismiss his appeal as to GM (only).

David A. Furlow

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this **APPELLANT JOHN NOLEN'S UNOPPOSED MOTION TO DISMISS APPEAL AS TO GENERAL MOTORS CORPORATION** was served on the following persons in the manner indicated below, via U.S. mail, postage prepaid, as addressed below, in accordance with FED. R. CIV. P. 5(b), on November 20, 2001:

1. **Counsel for HUGHES ELECTRONICS CORPORATION, DIRECTV, INC., and GENERAL MOTORS CORPORATION:**

   Mike Mills
   Sophia A. Ramon
   ATLAS & HALL, L.L.P.
   P.O. Drawer 3725
   818 Pecan
   McAllen, Texas 78502.

2. **Counsel for WIRELESS ONE, INC., CS WIRELESS SYSTEMS, INC., CAI WIRELESS SYSTEMS, INC., CROSS COUNTRY WIRELESS, INC. and WIRELESS ENTERPRISES, L.L.C.:**

   Jeffrey L. Crouch
   John Eichman
   JENKENS & GILCHRIST, A PROFESSIONAL CORPORATION
   1445 Ross, Suite 3200
   Dallas, Texas 75202-2799

   Edward F. Valdespino
   JENKENS & GILCHRIST, A PROFESSIONAL CORPORATION
   1400 Frost Bank Tower
   100 West Houston Street
   San Antonio, Texas 75202-3775.

3. **Counsel for NUCENTRIX BROADBAND NETWORKS, INC. a/k/a HEARTLAND WIRELESS COMMUNICATIONS, INC., NUCENTRIX TELECOM. HEARTLAND CABLE TELEVISION, INC., NUCENTRIX INTERNET SERVICES, NUCENTRIX SPECTRUM, NUCENTRIX TELEPHONE and their subsidiaries and affiliates:**

Jeffrey R. Bragalone
Lew LeClair
Brent N. Baumgardner
MCKOOL, SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Donato Ramos
Martha Cigarroa de Llano
PERSON, WHITWORTH, RAMOS, BORCHERS & MORALES, L.L.P.
602 East Carlton Road
P.O. Drawer 6668
Laredo, Texas 78042-3693

4. **Counsel for PEOPLES CHOICE TV CORP.:**

Brant M. Laue
ARMSTRONG TEASDALE, L.L.P.
2345 Grand Blvd., Suite 2000
Kansas City, Missouri 64108-2617

Mark W. McGrory
SPRINT LAW DEPARTMENT
8140 Ward Parkway
Kansas City, Missouri 64114.

5. **Counsel for CERBERUS PARTNERS, L.P., CERBERUS PARTNERS, L.P., CERBERUS INTERNATIONAL, LTD., CERBERUS INSTITUTIONAL PARTNERS, L.P. and STEPHEN FEINBERG:**

John A. Kazen
KAZEN, MEUER & PEREZ
1619 Matamoros St.
P.O. Box 6237
Laredo, Texas 78042.

Lawrence M. Rolnick
A. Matthew Boxer
LOWENSTEIN SANDLER, P.C.
65 Livingston Avenue
Roseland, New Jersey 07068

**David A. Furlow**