U.S. COURT OF APPEALS
RECEIVED
DEC 09 2002
NEW ORLEANS, LA.

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

December 2, 2002

United States District Court
Southern District of Texas
RECEIVED
DEC 18 2002 KPJ
Michael N. Milby, Clerk
Laredo Division

U.S. COURT OF APPEALS
FILED
DEC 10 2002
CHARLES R. FULBRUGE III
CLERK

Clerk
United States Court of Appeals for
the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130

Re: John Nolen, etc.
v. Nucentrix Broadband Networks, Inc., aka
Heartland Wireless Communications, Inc., et al.
No. 02-492
(Your No. 01-40808)

L-00-CV-134

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,
William K. Suter
William K. Suter, Clerk

63

Laredo